FELICCI *v*. THE REGISTRAR OF PROPERTY.

APPEAL from a Decision of the Registrar of Property of
Ponce.

No. 8.—Decided June 8, 1907.

TAXES—PROPERTY SOLD AT PUBLIC AUCTION—CERTIFICATE OF REDEMPTION—
RECORD.—The entry of a marginal note in the registry, by reason of the pre-
sentation of a certificate of redemption of the property sold for taxes cannot
be properly made, where the certificate of sale of such property does not
appear on record either in the name of the purchaser or in the name of any
other person.

The facts are stated in the opinion.

*Messrs. Tord, Toro and Canales* for appellant.

MR. CHIEF JUSTICE QUIÑONES delivered the opinion of the
court.

This is an appeal taken by Attorneys Toro and Canales
on behalf of Domingo Felicci, from a decision of the Registrar
of Property of Ponce, refusing admission to record of the
certificate of redemption of a certain rural estate.

The Registrar of Property of Ponce issued to Domingo
Felicci a certificate of redemption to 30 *cuerdas* of land of the
"Santa Rita" plantation of which Felicci is a part owner,
which land had been sold by the collector of internal revenue
of that city for the payment of back taxes and awarded to
José Liborio Hernández, said Felicci having availed himself
of the right of redemption allowed by him section 348 of the
Political Code, in relation with section 1425 of the Civil Code.
Upon presentation of said certificate of redemption to the
Registrar of Property of Ponce for an entry of the marginal
note, the registrar refused said entry on the ground set forth
in the decision he wrote at the foot of said document, which
reads as follows:

"The entry of a marginal note, by virtue of the foregoing docu-
ment, is refused, because the certificate of purchase to which it refers
is not recorded in the name of José Liborio Hernández, nor in that of

any other person, and in lieu thereof a cautionary marginal note has been made opposite record letter B, at folio 244, reverse side, of volume 129 of this municipal corporation, estate No. 5849, which notice was converted into record No. 7 of said estate, at folio 250, volume 130 of this city. Ponce, March 25, 1907.—José Sastraño Belaval, Registrar.''

Attorneys Toro and Canales took this appeal in due time on behalf of Domingo Felicci, seeking the reversal of said decision and the issuance of an order to the registrar to record said certificate of redemption, the registrar in turn submitting in writing to this court the grounds in support of his decision refusing the record.

The grounds for the decision contested are accepted.

The decision of the Registrar of Property of Ponce is affirmed, and it is ordered that the documents presented be returned to him, with a copy of this decision, for the proper purposes.

*Affirmed.*

Justices Hernández, Figueras, MacLeary and Wolf concurred.